FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO

2010 MAR 10  AM 9: 38

CLERK-LAS CRUCES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CRIMINAL NO. 10- 606  JC |
| Plaintiff, ) | |
| ) | |
| vs. ) | 21 U.S.C. § 846: Conspiracy |
| ) | |
| **MARIO SAUCEDA**, ) | |
| Aldo   Defendant. ) | |

Lin
3-10-10

## INFORMATION

The United States Attorney charges:

On or about August 10, 2009, in Chaves County, in the District of New Mexico, the defendant, **MARIO SAUCEDA**, did unlawfully, knowingly and intentionally combine, conspire, confederate and agree with other persons whose names are known and unknown to the Government to commit the following offense against the United States, to wit: possess with intent to distribute less than five (5) grams of methamphetamine, contrary to 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C).

In violation of 21 U.S.C. § 846.

GREGORY J. FOURATT
United States Attorney

*Andrea N. Hatton for*

AARON O. JORDAN
Special Assistant U.S. Attorney
555 S. Telshor Blvd., Ste. 300
Las Cruces, NM 88011
(575) 522-2304 - Tel.
(575) 522-2391 - Fax