AO 442 (Rev. 11/11) Arrest Warrant

## UNITED STATES DISTRICT COURT
for the
Western District of Texas

| United States of America | ) | |
| --- | --- | --- |
| v. | ) | |
| | ) Case No. | 7:23-CR-00185-001 |
| | ) | |
| Mario Aldo Sauceda | ) | |
| Defendant | ) | |

RECEIVED NOV 2 0 2023
U.S. MARSHALS SERVICE MIDLAND, TX

FILED FEB 13 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

### ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Mario Aldo Sauceda
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Defendant failed to abide by conditions of Supervised Release.

Date:  11/17/2023

City and state:   MIDLAND, TEXAS

*Issuing officer's signature*

J. Estrello, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 11/20/23, and the person was arrested on *(date)* 2/7/24
at *(city and state)* Odessa, TX.

Date: _____

*Arresting officer's signature*

Matt Lange  DUSM
*Printed name and title*